**WO** MDR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rafael Franco Reyes, | No. CV 12-1010-PHX-GMS (LOA) |
| Plaintiff, | **ORDER** |
| vs. | |
| Warden Brian Coehn, et al., | |
| Defendants. | |

Plaintiff Rafael Franco Reyes, who is confined in the Corrections Corporation of America's Florence Correctional Center in Florence, Arizona, has filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983 (Doc. 1) and an Application to Proceed *In Forma Pauperis* (Doc. 2). Both the Complaint and the Application to Proceed are identical to the Complaint and Application to Proceed that Plaintiff filed in Reyes v. Coehn, 12-CV-986-PHX-GMS (LOA).

It appears that Plaintiff mailed the same documents to both the Tucson and Phoenix courthouses. Because the lawsuit involves events that occurred in Pinal County, this case belongs in the Phoenix Division and the Clerk of Court transferred to the Phoenix Division those documents Plaintiff mailed to the Tucson Division. See Local Rules of Civil Procedure 5.1(a) and 77.1. Those documents were filed here as Reyes v. Coehn, 12-CV-986-PHX-GMS (LOA). When the documents Plaintiff mailed to the Phoenix Division arrived several days later, the Clerk of Court filed them as 12-CV-1010-PHX-GMS (LOA).

1     Because this action is duplicative of 12-CV-986-PHX-GMS (LOA), the Court will dismiss this action.[1].

**IT IS ORDERED:**

(1)     The Complaint (Doc. 1) is **dismissed without prejudice** as duplicative. The Clerk of Court must enter judgment accordingly.

(2)     Plaintiff's Application to Proceed *In Forma Pauperis* (Doc. 2) is **denied as moot**.

DATED this 17th day of May, 2012.

*G. Murray Snow*
G. Murray Snow
United States District Judge

---

[1] Reyes v. Coehn, 12-CV-986-PHX-GMS (LOA), remains open and will be reviewed by the Court in due course.

- 2 -